**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Suzette Lee Rutter,<br><br>Plaintiff<br>v.<br><br>Jeb Stuart McDaniels and Mills Drilling Services, LLC,<br><br>Defendants | Case No.: 2:26-cv-2751-JAD-NJK<br><br>**Order Transferring Case to Unofficial Northern Division** |

Suzette Lee Rutter sues Jeb Stuart McDaniels and Mills Drilling Services LLC for negligence arising from a car accident in Elko, Nevada.[1] The allegations center squarely on events that took place in Elko, which is located in Elko County. This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties.[2] Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[3] Because this action arose in the northern division's Elko County, **the Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division**, and close this docket number without prejudice to Suzette Lee Rutter regarding any limitation period and filing fee.

U.S. District Judge Jennifer A. Dorsey
September 1, 2026

---

[1] ECF No. 1-2.

[2] L.R. IA 1-6.

[3] L.R. IA 1-8(a).