**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

SUZETTE LEE RUTTER,

Plaintiff,

v.

JEB STUART MCDANIELS, *et al.*,

Defendants.

Case No. 3:26-CV-00661-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AS UNOPPOSED**

[ECF No. 15]

On October 15, 2026, Plaintiff Suzette Lee Rutter ("Rutter") filed a motion to amend her complaint. (ECF No. 15.) Rutter filed this motion as an "emergency," however, the Court determined there was no emergency and therefore applied the normal briefing schedule set by the Court's Local Rules. (ECF No. 16.) Therefore, Defendants' response was due on or before October 29, 2026. LR 7-2(b) (deadline to file and serve any points and authorities in response to any motion other than a motion for summary judgment is 14 days after service of the motion). However, Defendants did not respond.

Pursuant to the Court's Local Rules, "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly, Rutter's motion to amend, (ECF No. 15), is granted as unopposed.

**IT IS THEREFORE ORDERED** that Rutter's motion to amend, (ECF No. 15), is **GRANTED**.

**IT IS FURTHER ORDERED** that Rutter shall file her proposed amended complaint on the docket on or before Monday, November 16, 2026.

**IT IS SO ORDERED**.

**DATED**: November 2, 2026.

**UNITED STATES MAGISTRATE JUDGE**